FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
FEB 28 2017
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**ERNEST MADRID, a.k.a. "Wacky," JUAN GARCIA, Jr., a.k.a. "Red," and JAVIER CHAVEZ-LIZARRAGA, a.k.a. "Tatuado,"**<br><br>Defendants. | Cr. No. 16-2941 JP<br><br>Count 1: 21 U.S.C. § 846: Conspiracy;<br><br>Count 2: 21 U.S.C. § 841(a)(1) and (b)(1)(A): Distribution of 500 Grams and More of a Mixtue and Substance Containing Methamphetamine;<br><br>Count 3: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing Methamphetamine; 18 U.S.C. § 2: Aiding and Abetting;<br><br>Count 4: 18 U.S.C. § 924(c): Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime, and Possessing a Firearm in Furtherance of Such Crime. |

## SUPERSEDINGINDICTMENT

The Grand Jury charges:

### Count 1

From on or about March 17, 2016, and continuing to or or about June 23, 2016, both dates being inclusive, in McKinley County, in the District of New Mexico, and elsewhere, the defendants, **ERNEST MADRID**, **JUAN GARCIA, JR.** and **JAVIER CHAVEZ-LIZARRAGA**, unlawfully, knowingly and intentionally combined, conspired, confederated and acted interdependently with each other and with other persons whose names are known and unknown to the Grand Jury to commit an offense defined in 21 U.S.C. §§ 841(a)(1) and

CERTIFIED a True Copy of the original filed in the office of the Clerk
by [signature]
Deputy

(b)(1)(A), specifically, distribution of 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. § 846.

Count 2

On or about June 17, 2016, in McKinley County, in the District of New Mexico, the defendant, **JAVIER CHAVEZ-LIZARRAGA**, unlawfully, knowingly and intentionally distributed a controlled substance, 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

Count 3

On or about June 23, 2016, in McKinley County, in the District of New Mexico, the defendants, **ERNEST MADRID** and **JUAN GARCIA, Jr.**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 18 U.S.C. § 2.

Count 4

On or about June 23, 2016, in McKinley County, in the District of New Mexico, the defendant **JUAN GARCIA, Jr.**, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, specifically, possession with the intent to distribute 500 grams and more of a mixture and substance containing methamphetamine as charged in Count 3 of this indictment, knowingly used and carried a firearm, and in furtherance of such crime, possessed said firearm.

In violation of 18 U.S.C. § 924(c).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

Wednesday, February 22, 2017